In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-13-00526-CR
_____

JONATHAN LEE CLARK, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 253rd District Court
Liberty County, Texas
Trial Cause No. CR29596

MEMORANDUM OPINION

The notice of appeal filed by Jonathan Lee Clark sought to appeal a notice to withdraw funds from his inmate trust fund account. *See* Tex. Gov't Code Ann. § 501.014(e) (West 2012). On December 17, 2013, we notified the parties that from information received from the trial court clerk and the recitals in the notice of appeal, it appeared the trial court had not acted on Clark's request to modify the withdrawal notice and that this Court lacked jurisdiction over the appeal, and we warned the parties that the appeal would be dismissed. Clark filed a response but

1

failed to show grounds for continuing the appeal. We dismiss the appeal. All pending motions are denied as moot.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Opinion Delivered January 22, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.